UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/12/2023
```

**WILLIAM ANTONIO ROSARIO SANCHEZ,**
*individually and on behalf of others similarly situated*,

              **Plaintiff,**

-against-

**ROLLING ROCK CONTRACTING INC. (D/B/A MOGUL CONSTRUCTION), and PATRICK DAMATO,**

              **Defendants.**

22-cv-06519 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    Plaintiff commenced this action on August 1, 2022, alleging violations of the Fair Labor Standards Act of 1938, 29 U.S.C. § 201 et seq. ("FLSA") and N.Y. Labor Law §§ 190 et seq. and 650 et seq. (the "NYLL"). ECF No. 1. On October 24, 2022, Defendants filed an Answer. ECF No. 15. In accordance with the Mediation Referral Order, ECF No. 12, the parties scheduled a mediation conference for January 9, 2023.

    The parties are hereby **ORDERED** to submit a Joint Status Report on the current status of this action by no later than **January 20, 2023**.

**SO ORDERED.**

Dated:    January 12, 2023
             New York, New York

                                                 **ANDREW L. CARTER, JR.**
                                                 **United States District Judge**