UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **WILLIAM ANTONIO ROSARIO SANCHEZ,** *individually and on behalf of others similarly situated*, <br><br> **Plaintiff,** <br><br> -against- <br><br> **ROLLING ROCK CONTRACTING INC. (D/B/A MOGUL CONSTRUCTION), and PATRICK DAMATO,** <br><br> **Defendants.** | USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC#: _____ <br> DATE FILED: 4/20/2023 <br><br><br> 22-cv-06519 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiff commenced this action on August 1, 2022, alleging violations of the Fair Labor Standards Act of 1938, 29 U.S.C. § 201 et seq. ("FLSA") and N.Y. Labor Law §§ 190 et seq. and 650 et seq. (the "NYLL"). ECF No. 1. On October 24, 2022, Defendants filed an Answer. ECF No. 15. In accordance with the Mediation Referral Order, ECF No. 12, the parties scheduled a mediation conference for January 9, 2023. On January 12, 2023, the Court ordered the parties to submit a Joint Status Report on the current status of this action by no later than January 20, 2023. ECF No. 17. On January 16, 2023, Plaintiff filed a letter explaining that the parties reached a settlement and were in the process of drafting the settlement agreement and supplemental fairness documents for the Court's review. ECF No. 18. Plaintiff advised the Court they expected to file in the following weeks. *Id*. Three months have now passed.

The parties are hereby **ORDERED** to file the settlement agreement and motion for approval on or by **April 27, 2023.**

**SO ORDERED.**

Dated:    April 20, 2023
             New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**