| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: _6/20/2023_ |

ROSARIO SANCHEZ ET AL.,

                  **Plaintiffs,**

-against-

ROLLING ROCK CONTRACTING INC. ET AL.,

                  **Defendants.**

22-cv-06519 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    On May 25, 2023, the Court issued an Order directing the parties to revise their proposed settlement agreement. ECF No. 22. The Court is in receipt of the Parties' revised settlement agreement. ECF No. 23. Having reviewed the settlement agreement, as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the Court finds it to be fair and reasonable, and approves the settlement. Additionally, Plaintiff's request for attorney's fees and costs in the amount of $6,313.50 is **GRANTED**.

    The Clerk of the Court is respectfully directed to terminate this case.

**SO ORDERED.**

Dated:    June 20, 2023
              New York, New York

                                                        **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**